1  BEN H. LOGAN (S.B. #71711)
   blogan@omm.com
2  STEPHEN H. WARREN (S.B. #136895)
   swarren@omm.com
3  JUSTINE M. DANIELS (S.B. #241180)
   jdaniels@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, California 90071
   Telephone:  (213) 430-6000
6  Facsimile:   (213) 430-6407

7  Attorneys for Defendants
   Those Certain Underwriters At Lloyd's, London and
8  Catlin Insurance Company (UK) Ltd., Twin City Fire
   Insurance Company, and Continental Casualty Company
9
   (Additional counsel listed on next page)
10
                    **UNITED STATES DISTRICT COURT**
11
                    **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13  In re | Case No. 11-CV-2600 |
| 14  INDYMAC BANCORP, INC., a Delaware corporation, | Bankr. Case No. 2:08-bk-21752-BB |
| 15                                    Debtor. | Adv. Pro. Nos.: 2:11-ap-01443-BB |
| 16  ALFRED H. SIEGEL, solely as Chapter 7 Trustee for Debtor INDYMAC BANCORP, INC., | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CONSOLIDATED REPLY OF ABC CARRIERS FOR MOTIONS TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT** |
| 17                                    Plaintiff, | |
| 18  v. | |
| 19  CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, an unincorporated association; ZURICH AMERICAN INSURANCE CO., a corporation; TWIN CITY FIRE INSURANCE COMPANY, a corporation; CONTINENTAL CASUALTY COMPANY, a corporation; XL SPECIALTY INSURANCE COMPANY, a corporation; ARCH INSURANCE COMPANY, a corporation; ACE AMERICAN INSURANCE COMPANY, a corporation; AXIS REINSURANCE COMPANY, a corporation, | Date:                May 9, 2011 Time:               10:00 a.m. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27                                    Defendants. | |
| 28 | |

                                    - 1 -                    REQUEST FOR JUDICIAL NOTICE ISO CONSOLIDATED
                                                                                                           REPLY

THEODORE A. BOUNDAS (admitted Pro Hac Vice)
tboundas@bswb.com
JEFFREY T. SHAW (admitted Pro Hac Vice)
jshaw@bswb.com
W. JOEL VANDER VLIET (admitted Pro Hac Vice)
wvandervliet@bswb.com
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 East Randolph Drive, Suite 7200
Chicago, Illinois 60601
Telephone:   (312) 946-4200
Facsimile:    (312) 946-4272

Attorneys for Those Certain Underwriters At
Lloyd's, London and Catlin Insurance Company
(UK) Ltd., Subscribing to Policy No. QA011608

MICHAEL R. DELHAGEN (admitted Pro Hac Vice)
mdelhagen@tresslerllp.com
TRESSLER LLP
One Penn Plaza
Suite 4701
New York, New York 10119
Telephone:   (646) 833-0900
Facsimile:    (646) 833-0877

Attorneys for Twin City Fire Insurance Company

WILLIAM E. SMITH (admitted Pro Hac Vice)
wsmith@wileyrein.com
JOHN HOWELL (admitted Pro Hac Vice)
jhowell@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone:   (202) 719-7000
Facsimile:    (202) 719-7049

Attorneys for Continental Casualty Company

BRIAN HARRISON (S.B. #157123)
brian.harrison@sdma.com
ROBERT S. GEBHARD (S.B. #158125)
robert.gebhard@sdma.com
VEENA A. MITCHELL (S.B. #161153)
veena.mitchell@sdma.com
SEDGWICK LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:   (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Zurich American Insurance Co.

REQUEST FOR JUDICIAL NOTICE ISO CONSOLIDATED
REPLY

1        Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Those

2   Certain Underwriters At Lloyd's, London and Catlin Insurance Company (UK)

3   Ltd., Subscribing to Policy No. QA011608 ("Underwriters") (erroneously sued as

4   "Certain Underwriters at Lloyds of London, an unincorporated association"); Twin

5   City Fire Insurance Company; Continental Casualty Company; and Zurich

6   American Insurance Company (the "ABC Carriers") hereby request that the Court

7   take judicial notice of the following court records in support of the Consolidated

8   Reply of ABC Carriers for Motions to Withdraw the Reference to the Bankruptcy

9   Court ("Consolidated Reply"):

10     1.    Transcript of the Proceedings Before the Honorable Sheri Bluebond

11           United States Bankruptcy Judge Re: Motion of the Federal Deposit

12           Insurance Corporation, as Receiver of IndyMac Bank, F.S.B., To

13           Intervene in Adversary Proceeding and to Stay Proceeding filed on

14           February 16, 2010 in *Siegel v. Caldera, et al.,* Adversary Proceeding

15           No. 2:09-ap-02645-BB [Docket No. 27], attached hereto as **Exhibit 1**.

16     2.    Order on Motion of the FDIC, as Receiver of IndyMac Bank, F.S.B.,

17           to Intervene in Adversary Proceeding and to Stay Proceeding filed on

18           March 2, 2010 in *Siegel v. Caldera, et al.,* Adversary Proceeding No.

19           2:09-ap-02645-BB [Docket No. 33], attached hereto as **Exhibit 2**.

20     3.    District Court Order Reversing Order on Motion of the FDIC, as

21           Receiver of IndyMac Bank, F.S.B., to Intervene in Adversary

22           Proceeding and to Stay Proceeding filed on June 28, 2010 in *Siegel v.*

23           *Caldera, et al.,* Case No. Case 2:10-cv-A1925-RGK [Docket No. 87-

24           1], attached hereto as **Exhibit 3**.

25     4.    Stipulation to Extend Time to Respond to Complaint filed on March 4,

26           2011 in *Siegel v. Certain Underwriters at Lloyds of London, et al.,*

27           Adversary Proceeding No. 2:11-ap-1443-BB [Docket No. 4], attached

28           hereto as **Exhibit 4**.

     REQUEST FOR JUDICIAL NOTICE ISO CONSOLIDATED
REPLY

5.   Order Approving Stipulation to Extend Time to Respond to Complaint filed on March 18, 2011 in *Siegel v. Certain Underwriters at Lloyds of London, et al.,* Adversary Proceeding No. 2:11-ap-1443-BB [Docket No. 7], attached hereto as **Exhibit 5**.

6.   Stipulation Regarding Filing and Calendaring of Hearing filed on April 18, 2011 in *Siegel v. Certain Underwriters at Lloyds of London, et al.,* Adversary Proceeding No. 2:11-ap-1443-BB [Docket No. 32], attached hereto as **Exhibit 6**.

7.   Order Approving Stipulation Regarding Filing and Calendaring of Hearing filed on April 21, 2011 in *Siegel v. Certain Underwriters at Lloyds of London, et al.,* Adversary Proceeding No. 2:11-ap-1443-BB [Docket No. 42], attached hereto as **Exhibit 7**.

Pursuant to Federal Rule of Evidence 201 the Court may take judicial notice of "a fact not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201. Court records are the type of documents encompassed by Rule 201, and therefore, courts routinely take judicial notice of these records. *See, e.g., Shaw v. Hahn,* 56 F.3d 1128, 1129 n.1 (9th Cir. 1995) (court took judicial notice of district court order); *MGIC Indem. Corp.*, 803 F.3d 500, 504 (9th Cir. 1986) (holding that a court may take judicial notice of "public record[s] outside the pleadings," including court filings in a related action); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("a court may take judicial notice of its own records . . . ."); *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) ("[T]his Court may take judicial notice of its own records, and documents that are public records and capable of accurate and ready confirmation by sources that cannot reasonably be questioned."); *Neilson v. Union Bank of Cal., N.A.*, 290 F. Supp. 2d 1101, 1113 (C.D. Cal. 2003) ("Court orders and filings are

REQUEST FOR JUDICIAL NOTICE ISO CONSOLIDATED REPLY

1   the type of documents that are properly noticed under the rule."); *Springate v.*

2   *Weighmasters Murphy, Inc. Money Purchase Pension Plan*, 217 F. Supp. 2d 1007,

3   1013 (C.D. Cal. 2002) ("Th[e] Court may take judicial notice of its own records").

4        Based on the foregoing authorities, the ABC Carriers respectfully request

5   that the Court take judicial notice of Exhibits 1-7 in ruling on their Consolidated

6   Reply.

7

8   Dated:  April 25, 2011                    BEN H. LOGAN
                                              STEPHEN H. WARREN
9                                             JUSTINE DANIELS
                                              O'MELVENY & MYERS LLP
10

11                                            By:  /s/ Justine M. Daniels
12                                                 Justine M. Daniels
                                                   Attorneys for Those Certain
13                                                 Underwriters At Lloyd's, London
                                                   and Catlin Insurance Company
14                                                 (UK) Ltd., Twin City Fire
                                                   Insurance Company, and
15                                                 Continental Casualty Company

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE ISO CONSOLIDATED
REPLY