UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-02600-RGK | Date | May 3, 2011 |
| Title | In re Indymac Bancorp, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:** **(IN CHAMBERS)** ABC Carriers' Motion to Withdraw Bankruptcy Court Reference (DE 1)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on May 9, 2011, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |